## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TOM TOUPS and
SABRINA DE LA CONCHA,

    Plaintiffs,

v.     Case No: 8:13-cv-807-T-30AEP

AMERICAN MANAGED CARE, LLC,

    Defendant.

## **ORDER**

Before the Court is the Defendant's Suggestion of Bankruptcy (Dkt. #12). In view of the fact that the Defendant has filed bankruptcy, this matter should be stayed. Accordingly, it is

    ORDERED that:

    1.    The Clerk is directed to administratively CLOSE this case.

    2.    The Plaintiffs may move to reopen this case within fifteen (15) days after they obtain from the Bankruptcy Court a lifting of the automatic stay.

    **DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-807 BK stay 12.docx